AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ARPINE AKOPYAN,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

                          CASE NUMBER:  **3:15-cv-00593-MMD-WGC**

SECOND JUDICIAL DISTRICT COURT,
JOEY ORDUNA HASTINGS,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Second Judicial District Court's Motion for Summary Judgment (ECF No. 32) is granted.

  December 19, 2016                                      **LANCE S. WILSON**
                                                             Clerk

                                                        /s/ D. R. Morgan
                                                          Deputy Clerk